PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00027-SAB |
| Plaintiff, | [Citation #6354738 CA/51] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| RODNEY R. ROBLES, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00027-SAB [Citation #6354738] against RODNEY R. ROBLES without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 15, 2017          Respectfully submitted,

                                  PHILLIP A. TALBERT
                                  United States Attorney

                          By:     /s/ Michael G. Tierney
                                  MICHAEL G. TIERNEY
                                  Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00027-SAB [Citation #6354738] against RODNEY R. ROBLES be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 15, 2017**

UNITED STATES MAGISTRATE JUDGE

2